AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

RYAN SMITH,

Plaintiff,

JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER: CV 126-163

SUZANNE ADAMS et al

Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated August 18, 2026, Plaintiff's case is dismissed for failure to state a claim upon which relief may be granted. This case stands closed.

August 18, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*